# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERA HAAIJER, | : |
| Plaintiff, | : |
| v. | : 3:18-CV-942 |
| | : (JUDGE MARIANI) |
| OMNOVA SOLUTIONS INC. | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 8th DAY OF JANUARY, 2019,** upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 33) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 33) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Partial Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. 18) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a. Defendant's Partial Motion to Dismiss is **GRANTED** as to Plaintiff's common law wrongful termination claim. Count IV is **DISMISSED WITH PREJUDICE.**

    b. Pursuant to Fed. R. Civ. P. 12(e), Plaintiff is directed to file a more definite statement of her retaliation claim **within 21 days of the date of this Order.**

    c. Defendant's Partial Motion to Dismiss is **DENIED** in all other respects.

3. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's November 6, 2018 Order (Doc. 29).

_____
Robert D. Mariani
United States District Judge